

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00013-CV

———————————————

IN THE INTEREST OF M.P. AND A.P., CHILDREN

On Appeal from County Court at Law No. 2
Parker County, Texas
Trial Court No. CIV-22-0486

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant filed a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" in this court on January 6, 2026. We sent Appellant's statement to the trial court clerk for filing in the trial court. The trial court clerk then filed a contest to require appellant to pay court costs. *See* Tex. R. Civ. P. 145(e).

The trial court held a hearing on the contest and, on February 25, 2026, signed an "Order Sustaining Contest to Statement of Inability to Afford Payment of Court Costs or an Appeal Bond," which ordered Appellant to pay all costs of appeal.

On March 27, 2026, we ordered Appellant to pay the $205.00 filing fee as required by Texas Rule of Civil Procedure 5. We stated that if the $205.00 filing fee was not paid by **Monday, April 6, 2026**, we would **DISMISS** this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because Appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal.[2] *See* Tex. R. App. P. 42.3(c), 43.2(f).

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).

[2]Appellant's pending motions are denied as moot, including her "Motion for Extension of Time to Pay Filing Fee and Request for Reconsideration of Indigency Determination."

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: April 23, 2026